# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 23, 2026

_____

DOCKET CORRECTION NOTICE

_____

No.   25-1910,   <u>City of Myrtle Beach, South Carolina v. Horry County, South Carolina</u>
      16-21-07

TO:   Federal Aviation Administration
      Horry County, South Carolina

BRIEF OR JOINT APPENDIX CORRECTION DUE:  January 28, 2026

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[✓] Per the order entered September 30, 2025 the briefs exceed the length that is allowed.

[✓] Incorrect event used by Horry County, South Carolina. Please refile document using [**Rule 30(c) page-proof response brief**].

P. Ballard, Deputy Clerk
804-916-2702